■ In the Matter of Diane Willard, Respondent, v Town Board of the Town of Hamburg et al., Appellants. (Appeal No. 2.) [629 NYS2d 685] —Order unanimously affirmed without costs. Same Memorandum as in Matter of Willard v Town Bd.

*of Town of Hamburg* (216 AD2d 861 [decided herewith]). (Appeals from Order of Supreme Court, Erie County, Flaherty, J.—Renewal.) Present—Denman, P. J., Green, Wesley, Doerr and Balio, JJ.